United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Alicia Beury  
    Debtor(s)

Case No. 20-02045-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 2  
Date Rcvd: Oct 29, 2020     Form ID: 318     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alicia Beury, 205 Beechwood Ave, Mar Lin, PA 17951-8203 |
| cr | + | Santander Consumer USA Inc., dba Chrysler Capital, c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 5341513 | | American Education Svc, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 5341514 | | Amredpheaa, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5341511 | | Beury Alicia, 205 Beechwood Ave, Mar Lin, PA 17951-8203 |
| 5341515 | | Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 5341518 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5341519 | | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 5341520 | | Hidden River Cu, 60 Westwood Rd, Pottsville, PA 17901-1834 |
| 5341512 | | Kent D Watkins Esq, 101 S 2nd St, Saint Clair, PA 17970-1204 |
| 5341524 | + | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5341523 | + | Midland Funding, Attn: Bankruptcy, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5341525 | | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5341526 | | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 5341529 | | Santander Consumer USA, Attn: Bankruptcy 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3544 |
| 5341530 | | Schuylkill Federal Cr, 724 W Market St, Pottsville, PA 17901-2813 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.schwab@txitrustee.com | Oct 29 2020 19:44:00 | William G Schwab (Trustee), William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235 |
| cr | + | EDI: PRA.COM | Oct 29 2020 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5341516 | | EDI: DISCOVER.COM | Oct 29 2020 23:48:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5341517 | | EDI: DISCOVER.COM | Oct 29 2020 23:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5341521 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 19:44:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5341522 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 29 2020 19:44:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5341528 | | EDI: PRA.COM | Oct 29 2020 23:48:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5341527 | | EDI: PRA.COM | Oct 29 2020 23:48:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5341597 | + | EDI: RMSC.COM | Oct 29 2020 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5341531 | | EDI: WTRRNBANK.COM | Oct 29 2020 23:48:00 | Target, c/o Financial & Retail Srvs Mailstop BT, |

| | | |
|---|---|---|
| 5341532 | EDI: WTRRNBANK.COM | PO Box 9475, Minneapolis, MN 55440-9475 |
| | Oct 29 2020 23:48:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Kent Douglas Watkins | on behalf of Debtor 1 Alicia Beury kwatkins@infionline.net tag26001@hotmail.com;G1742@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab (Trustee) | schwab@uslawcenter.com wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alicia Beury | Social Security number or ITIN  xxx–xx–9493 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:  5:20–bk–02045–RNO

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alicia Beury

**By the court:**

*[signature: Robt N. Opel II]*

10/29/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2